# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:08-00141 |
| | ) | Judge Trauger |
| ROBERT MARCHAND SLAUGHTER | ) | |
| | ) | |

## O R D E R

Upon motion of the government (Docket No. 47), it is hereby **ORDERED** that the Superseding Petition to Revoke Probation (Docket No. 40) is **DISMISSED WITH PREJUDICE** , and the defendant's probation is hereby **TERMINATED**.

It is so **ORDERED**.

ENTER this 24th day of March 2014.

_____
ALETA A. TRAUGER
U.S. District Judge